IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN E. WILLIAMS,

    Petitioner,                    No. CIV S-08-1024 GEB DAD P

    vs.

MICHAEL MARTEL, et al.,

    Respondents.                 ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed an application to proceed in forma pauperis. Petitioner failed to sign either document. Pursuant to Local Rule 7-131(b), all pleadings and non-evidentiary documents "shall be signed . . . by the party involved if that party is appearing <u>in</u> <u>propria</u> <u>persona</u>." Therefore, the court will dismiss the petition and grant petitioner leave to file an amended petition for writ of habeas corpus and a new in forma pauperis application that have been signed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's petition, filed on May 12, 2008, is dismissed;

        2. Within thirty days from the service of this order, petitioner shall file an amended petition and a new application to proceed in forma pauperis; the amended petition and

application must be signed by petitioner; both documents must bear the docket number assigned to this case; the amended petition must be labeled "Amended Petition;"

       3. The Clerk of the Court is directed to provide petitioner with the court's form petition for a writ of habeas corpus and application to proceed in forma pauperis by a prisoner; and

       4. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will1024.amd