1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MELVIN E. WILLIAMS,

11              Petitioner,                    No. CIV S-08-1024 GEB DAD P

12         vs.

13    MICHAEL MARTEL, et al.,

14              Respondents.              <u>ORDER</u>

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a

17    writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in

18    forma pauperis.

19              Examination of the in forma pauperis application reveals that petitioner is unable

20    to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21    granted.  <u>See</u> 28 U.S.C. § 1915(a).

22              Since petitioner may be entitled to relief if the claimed violation of constitutional

23    rights is proved, respondents will be directed to file a response to petitioner's amended habeas

24    petition filed on September 19, 2008.

25    /////

26    /////

1     In accordance with the above, IT IS HEREBY ORDERED that:

2     1.  Petitioner's application to proceed in forma pauperis (Doc. No. 7), filed

3  September 19, 2008, is granted;

4     2.  Respondents are directed to file a response to petitioner's amended habeas

5  petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254

6  Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

7  issues presented in the amended petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

8     3.  If the response to the amended habeas petition is an answer, petitioner's reply,

9  if any, shall be filed and served within thirty days after service of the answer;

10    4.  If the response to the amended habeas petition is a motion, petitioner's

11  opposition or statement of non-opposition to the motion shall be filed and served within thirty

12  days after service of the motion, and respondents' reply, if any, shall be filed and served within

13  fifteen days thereafter; and

14    5.  The Clerk of the Court shall serve a copy of this order, a copy of the amended

15  petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 6), and a copy of the

16  court's form regarding consent or request for reassignment on Michael Patrick Farrell,  Senior

17  Assistant Attorney General.

18  DATED: October 7, 2008.

19

20                                          _____

21  DAD:4                                   DALE A. DROZD
    will01024.100                          UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26