IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVIN E. WILLIAMS,** | CIV S-08-1024 GEB DAD P |
| Petitioner, | **ORDER** |
| **v.** | |
| **MICHAEL MARTEL, et al.,** | |
| Respondents. | |

Respondent has requested a 30-day extension of time in which to file a response to the amended petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE appearing, Respondent is granted an extension of time to and including January 5, 2009, in which to file a response to the petition for writ of habeas corpus.

DATED: December 1, 2008.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will1024.eot14